JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/20/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF FLORIDA, INC. and DOES 1-10,<br><br>Defendant. | Case No. CV 16-7934 MWF (JPRx)<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendant Blue Cross Blue Shield of Florida, Inc. ("BCBSFL") and Plaintiff Healthcare Ally Management of California, LLC, ("Plaintiff"),

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. CV16-7934 MWF (JPRx), is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: September 20, 2017

_____
HON. MICHAEL W. FITZGERALD
United States District Judge